UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 12-cv-80562-DMM

INTRA-LOCK INTERNATIONAL,
INC., a Florida corporation,

       Plaintiff,

v.

DENTIUM CO., LTD, a Korea
corporation, and DENTIUM, USA,
a California corporation,

       Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby provides notice of dismissal of the action.  This dismissal is without prejudice.

Respectfully submitted,

by   /s/

| | |
|---|---|
| RICHARD W. HOFFMANN (MI P42352) | JAY M. LEVY |
| ERIC T. JONES (MI P51470) | Fla. Bar No. 219754 |
| Reising Ethington P.C. | Jay M. Levy, P.A. |
| 755 West Big Beaver Road, Suite 1850 | Dadeland Center II |
| Troy, Michigan  48084 | 9150 S. Dadeland Boulevard, Suite 1010 |
| Telephone:  248.689.3500 | Miami, Florida  33156 |
| Facsimile:  248.689.4071 | Telephone:  305.670.8100 |
| E-mail:   hoffmann@reising.com | Facsimile:   305.670.4827 |

1

jones@reising.com        E-mail:         jay@jaylevylaw.com
*Local Counsel        for Plaintiff
Intra-Lock International, Inc.*

Date: 9/19/12