UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80562-CIV-MIDDLEBROOKS/BRANNON

INTRA-LOCK INTERNATIONAL,
INC.,
    Plaintiff,

v.

DENTIUM CO., LTD., *et al.*,
    Defendants.
_____/

## ORDER ACCEPTING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal (DE 16) ("Notice"), filed September 19, 2012. I have reviewed the Notice and am otherwise fully advised in the premises. Plaintiff filed this Notice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure before Defendants served an Answer or filed a Motion for Summary Judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Notice of Voluntary Dismissal (DE 16) is **ACCEPTED**.

It is hereby **ORDERED AND ADJUDGED** that:

1. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** against Defendants; and

2. The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 20 day of September, 2012.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record